# IN THE UNITED STATES DISTRICT COURT OF
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSAN G. PITTS, | ) | |
| | ) | |
| PLAINTIFF. | ) | |
| | ) | |
| V. | ) | 2:07-CV-2248-JEO |
| | ) | |
| FISERV, INC., et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P., RULE 41(a)(i)

COMES NOW the Plaintiff, Susan G. Pitts, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(i), files this Notice of Dismissal and states as follows:

1. That the Complaint has been served on Defendants Fiserv, Inc. and Fiserv Solutions, Inc.

2. That no answer has been served by the Defendants.

3. That the Plaintiff desires to dismiss all claims as against Defendants Fiserv, Inc. and Fiserv Solutions Inc., with prejudice.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully requests that this Honorable Court give effect to this Notice of Dismissal pursuant to F.R.C.P., Rule 41(a)(i).

Respectfully Submitted,

*/s/ William K. Bradford*
William K. Bradford
Attorney for Plaintiff

**OF COUNSEL:**
WILLIAM K. BRADFORD, LLC.
2205 Morris Avenue
Birmingham, AL 35203
(205) 939-4300

*Pitts v. Fiserv, Inc.*
*2:07-CV-2248-JEO*
*Notice of Dismissal*
*Page 1 of 2*

## CERTIFICATE OF SERVICE

I hereby certify that unless otherwise indicated below, a true and correct copy of the foregoing has been served upon all parties of record, via CM/ECF, on this the 19th day of August, 2008.

/s/ *William K. Bradford*
OF COUNSEL

*Pitts v. Fiserv, Inc.*
*2:07-CV-2248-JEO*
*Notice of Dismissal*
*Page 2 of 2*